UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                            Case No. 26-30028
                                               Originating No.  26CR3

**DAMARIAN WOODS,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DAMARIAN WOODS,** to answer to charges pending in another federal district, and states:

1. On **January 14, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on an Indictment**.  Defendant is charged in that district with violations of **21 USC Sections 846 and 841(a)(1), 841(a)(1)(A) and 841(b)(1)(B) – Conspiracy to distribute and possess with intent to distribute controlled substances, including 400 grams or more of fentanyl and 50 grams or more of actual methamphetamine, Distribution of 50 grams or more of actual methamphetamine.**

      2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

      WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/Ann Nee*
ANN NEE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: January 14, 2026